**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| NORBERT CHUNG, | Case No.: 21-cv-1650 |
| *Plaintiff*, | |
| v. | Judge Martha M. Pacold |
| | Mag. Judge Jeffrey T. Gilbert |
| ARTHUR J. GALLAGHER & CO., a Delaware corporation, the ARTHUR J. GALLAGHER COMPENSATION COMMITTEE, SUSAN PIETRUCHA, an individual, VAN McCLELLAN, an individual, ARTHUR J. GALLAGHER & CO. SEVERANCE PLAN, | |
| *Defendants*. | |

**MOTION FOR SUMMARY JUDGMENT ON BEHALF OF**
**ARTHUR J. GALLAGHER & CO., THE ARTHUR J. GALLAGHER COMPENSATION**
**COMMITTEE, SUSAN PIETRUCHA, VAN MCCLELLAN, and**
<u>**THE ARTHUR J. GALLAGHER & CO. SEVERANCE PLAN**</u>

Defendants Arthur J. Gallagher & Co., the Arthur J. Gallagher Compensation Committee, Susan Pietrucha, Van McClellan, and the Arthur J. Gallagher & Co. Severance Plan ("Defendants") move pursuant to Federal Rule of Civil Procedure 56 for summary judgment on all claims and counts in Plaintiff's Second Amended Complaint, as there are genuine issues of material fact, and Defendants are entitled to judgment on those claims and counts as a matter of law. Accordingly, for the reasons explained more fully in the accompanying Memorandum of Law, which is incorporated herein, Defendants respectfully request that the Court enter an Order granting summary judgment on all claims and counts of Plaintiff's Second Amended Complaint, enter judgment in Defendants favor on all claims and counts, and grant Defendants all other and further relief the Court deems just and proper, including but not limited to their costs and attorneys' fees incurred in defending this action.

Dated: August 21, 2025.

**ICE MILLER LLP**
Daniel J. Polatsek
Daniel.Polatsket@icemiller.com
Kyle T. Finnegan
Kyle.Finnegan@icemiller.com
200 West Madison, Suite 3500
Chicago, Illinois 60606
Tel: (312) 726-1567

/s/ *Emily S. Costin*

**ALSTON & BIRD LLP**
Emily S. Costin (*pro hac vice*)
D.C. Bar No. 500201
David R. Godofsky (*pro hac vice*)
D.C. Bar No. 469602
The Atlantic Building
950 F. Street, NW
Washington, DC 20004-1404
Tel: (202) 239-3300
Fax: (202) 239-3333
Emily.costin@alston.com
David.godofsky@alston.com

R. Blake Crohan (*pro hac vice*)
GA Bar No. 512642
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
Tel: (404) 881-7000
Fax: (404) 881-7777
blake.crohan@alston.com

Margaret E. Saathoff (*pro hac vice*)
TX Bar No. 24141796
2200 Ross Avenue, Suite 2300
Dallas, TX 75201
Tel: (214) 922-3460
Fax: (214) 922-3899
ellie.saathoff@alston.com

*Counsel for Defendants*