**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Norbert Chung

                       Plaintiff,

v.                                           Case No.: 1:21–cv–01650
                                           Honorable Martha M. Pacold

Arthur J. Gallagher & Co., et al.

                       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, July 31, 2026:

      MINUTE entry before the Honorable Martha M. Pacold: Telephone ruling from the bench held on 7/31/2026. For the reasons stated on the record, defendants' motion for summary judgment, [242], is granted in part (as to Counts I, II, and III) and denied in part (as to Counts IV and V). Plaintiff's motion to exclude, [269]; [270] is denied on the merits as to Opinion 1 in Jack Abraham's Revised Expert Report [245–11] and otherwise denied without prejudice. The parties are directed to file by 8/28/2026 a joint status report with proposed next steps, settlement status, and any request for a status hearing. Mailed notice. (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.